IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DR. WILLIAM P. GRESS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 19 C 2444 |
| | ) | |
| DOCTOR INVESTMENT GROUP, LLC | ) | Judge Norgle |
| and JOHN DOES 1-10, | ) | Magistrate Judge Gilbert |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

**TO:** Please see certificate of service.

  **PLEASE TAKE NOTICE** that on September 6, 2019, at 10:30 a.m., we shall appear before Judge Norgle, in Room 2341 of the United States District Court for the Northern District of Illinois, Eastern Division, and present: **PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT**, a copy of which has been filed electronically and served upon you.

                s/ Heather Kolbus
                Heather Kolbus


Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200

1

**CERTIFICATE OF SERVICE**

      I, Heather Kolbus, hereby certify that on September 4, 2019, I caused a true and accurate copy of the foregoing document to be filed via the Court's CM/ECF system, and to be served via U.S. Mail on the following:

Doctor Investment Group, LLC
c/o Registered Agent, Eastbiz.com, Inc.
5348 Vegas Drive
Las Vegas, NV 89108

                                                     s/ Heather Kolbus
                                                     Heather Kolbus

Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200