IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DR. WILLIAM P. GRESS, | ) |
|     Plaintiff, | ) |
| v. | )    19 C 2444 |
| DOCTOR INVESTMENT GROUP, LLC and JOHN DOES 1-10, | ) |
|     Defendants. | ) |

### ORDER ENTERING DEFAULT JUDGMENT

This matter coming to be heard on prove-up hearing on damages and costs in support of Plaintiff's Motion for Entry of Default Judgment, all parties having notice and the Court being fully advised in its premises, IT IS HEREBY ORDERED:

Default judgment is entered against Defendant Doctor Investment Group, LLC, and in Plaintiff Dr. William P. Gress's favor, in the amount of $1,500.00 for Plaintiff in statutory damages, plus $2,025.00 in attorney's fees and $485.00 in costs of suit.

Defendant Doctor Investment Group, LLC, is enjoined from further sending unsolicited facsimile advertisements in the state of Illinois to Plaintiff Dr. William P. Gress.

Plaintiff's individual claims against John Does 1-10 are dismissed without prejudice and without costs, pursuant to Federal Rule of Civil Procedure 41.

Dated: 9/5/2019

_____
United States District Judge